John SIMS, Plaintiff–Appellant,

v.

Harold FALK, et al., Defendants–Appellees.

No. 89–15356.

United States Court of Appeals, Ninth Circuit.

Submitted June 1, 1989.

Decided June 9, 1989.

John Sims, Aiea, Hawaii, pro se.

Thomas D. Farrell, Deputy Atty. Gen., Honolulu, Hawaii, for defendants-appellees.

Before BROWNING, THOMPSON and LEAVY, Circuit Judges.

### ORDER

Appellant appeals from the district court's order of February 28, 1989, denying his pretrial motion to hold appellees in contempt. Such an order is not a final order. *See* 28 U.S.C. § 1291; *Sportmart, Inc. v. Wolverine World Wide, Inc.*, 601 F.2d 313, 316 (7th Cir.1979). Therefore, the court, on its own motion, dismisses this appeal for

**32**

lack of jurisdiction. This appeal is dismissed.